

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann
~~POSTOFFICE BOX 1234~~
ATTORNEY GENERAL

AUSTIN 11, TEXAS

This Opinion overrules and
withdraws Opinion #O-4549

Hon. T. M. Trimble
First Assistant
State Superintendent
Austin, Texas

Opinion No. O-4549-A
Re: Signatures for Independent
    School District Vouchers.

Dear Sir:

In our Opinion No. O-4549, we unfortunately over-looked that part of Article 2832, Revised Civil Statutes providing that "said bond (of the treasurer of independent school districts having more than 150 scholastics) shall be payable to the President of the Board and his successors in office, conditioned for the faithful discharge of the treasurer's duties and the payment of the funds received by him upon the draft of the President of the School Board drawn upon order, duly entered, of the Board of Trustees. Said bond shall be further conditioned that the treasurer shall safely keep and faithfully disburse all funds coming into his hands as treasurer, and shall faithfully pay over to his successor all balances remaining in his hands."

Under the express provision of the statute a bond made in compliance therewith requires the treasurer or depository to pay only the draft of the President of the School Board drawn upon order duly entered of the Board of Trustees. We accordingly withdraw our said Opinion No. 4549 and advise that it is mandatory for the President of the Board of Trustees of the Independent School District to sign the checks and vouchers of the district and the treasurer or depository may not be compelled to honor or pay checks or vouchers signed by anyone else. Furthermore, these drafts signed by the President of the Board must be supported by orders duly entered of the Board of Trustees.

APPROVED JUN 16, 1942
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly
ATTORNEY GENERAL OF TEXAS
By /s/ Glenn R. Lewis
Glenn R. Lewis, Assistant

APPROVED: OPINION COMMITTEE
BY:      BWB, CHAIRMAN

GRL:BT:wb